UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>SAMMY RAY MILLER, JR.</u>,

    Plaintiff,

v.                                                          3:11-cv-95

<u>RODNEY MINOR</u>,

    Defendant.

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the orders of the court. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **ENTER:**

                                                              s/ Thomas W. Phillips
                                                          United States District Judge


ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
     CLERK OF COURT